IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 10-CV-53 |
| CELESTE KIRKLAND, | ) |
| Defendant. | ) |

**ORDER OF DISMISSAL OF ACTION**

The plaintiff's motion to dismiss the above-entitled action without prejudice and without costs to either party on the grounds that the defendant no longer resides within the Western District of Wisconsin is hereby GRANTED.

Dated this 12th day of April, 2010.

BY THE COURT:

WILLIAM M. CONLEY
United States District Judge